# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ESTRADA, as individuals and on behalf of all similarly situated employees,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>DENNY'S INC., and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | Case No.: 2:22-CV-00572-SPG(AGRx)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND SETTING OF FINAL APPROVAL HEARING**<br><br>Assigned for all purposes to:<br>Hon. Sherilyn P. Garnett, Ct. Rm 5C<br><br>Date:　　　　November 29, 2023<br>Time:　　　　1:30 p.m.<br>Courtroom:　　5C<br><br>Action Filed:　December 9, 2021<br>Removed:　　　January 26, 2022<br>Trial Date:　　None Yet Set |

1

ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT

On October 27, 2023, Plaintiffs filed a Motion for Preliminary Approval of a Class Action and PAGA Settlement. The matter came for hearing on November 29, 2023. The Court having considered Plaintiffs' Motion and the proposed settlement and oral argument by the Parties hereby GRANTS the Motion and Orders as follows:

1. That the Class Action and PAGA Settlement Agreement ("Settlement" or "Settlement Agreement") filed with the Court as Exhibit A to the Declaration of Katherine J. Odenbreit entered into by and between MARIA ESTRADA and MYRA DELEON ("Plaintiffs"), individually and on behalf of Class Members and Aggrieved Employees (defined below), and Defendant DENNY'S, INC., is fair, just, and reasonable and, therefore, meets the requirements for preliminary approval, subject to further consideration at the final approval hearing after the distribution of the Class Notice (Exhibit A to the Settlement Agreement) to the members of the Settlement Class.

2. For purposes of this Order, the court adopts all defined terms as set forth in the Settlement Agreement.

3. The following Class is conditionally certified for settlement purposes only: as all individuals who worked for Denny's, Inc. in California as non-exempt hourly employees at any location in California during the time period from December 9, 2017 to August 4, 2022 ("Class Period").

4. The Court finds, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied.

5. Plaintiff Maria Estrada is hereby appointed as the Class Representative. Plaintiff Myra DeLeon is hereby appointed the PAGA Representative.

/-/-/

6. Kevin Mahoney, Katherine J. Odenbreit and Raleigh Dixon of Mahoney Law Group, APC are appointed as Class Counsel.

7. The proposed notice plan is hereby approved as the best notice practicable. The proposed Class Notice attached to the Settlement Agreement as Exhibit A is sufficient to inform the Class Members of the terms of the Settlement Agreement, their rights to receive monetary payments under the Settlement Agreement, their right to exclude themselves from the Settlement, and their right to lodge objections to the Settlement. The Court finds the notice requirements of Federal Rules of Civil Procedure 23 and applicable standards of due process are satisfied, and that the Class Notice adequately advises Class Members of their rights under the Settlement. Counsel for the Parties are authorized to correct any typographical errors that may be discovered in the Class Notices and make clarification, to the extent some are found or needed, so long as the corrections do not materially alter the substance of the Class Notice.

8. Defendant is directed within 15 business days of the date of this Order to provide to the Settlement Administrator a list containing the last known address, telephone number, social security number and number of Class Period Workweeks and PAGA Pay Periods for each Class Member and Aggrieved Employee.

9. The notice response deadline will be thirty (30) days from the date of the initial mailing of the Notice. The procedures and thirty (30)-day deadline for members of the Class to request exclusion from or to object to the Settlement is adopted as described in the Settlement Agreement. Any Class Member who intends to object to final approval of the Settlement Agreement must follow the procedures set forth in the Notice. Any objections received by the Settlement Administrator will be filed with the Court by Class Counsel concurrently with Plaintiffs' Motion for Final Approval of the Settlement.

/-/-/

10. Phoenix Class Action Administrators is appointed to act as the Settlement Administrator pursuant to the terms of the Settlement Agreement. The Settlement Administrator is ordered to carry out the Settlement according to the terms of the Settlement Agreement and in conformity with this Order, including disseminating the Notice according to the notice plan described in the Settlement Agreement. Based upon the cost estimate submitted by Phoenix, the Court preliminarily approves administration costs in the amount of a maximum of fifty thousand dollars ($50,000.00) to be deducted from the Total Settlement Fund.

11. The Parties are ordered to carry out the Settlement according to the terms of the Settlement Agreement.

12. The Motion for Approval of Attorneys' Fees, Costs and Representative Service Awards will be filed no later than 15 days prior to the deadline for Settlement Class Members to request exclusion or object to the Settlement. The Motion for Approval of Attorneys' Fees, Costs and Representative Service Awards will also be posted on the Settlement Administrator created website for this case.

13. The Motion for Final Approval of the Settlement shall be filed and served no later than _____.

14. A Final Approval Hearing will be held on _____, at _____ a.m./p.m., to determine whether the Settlement Agreement should be granted final approval as fair, reasonable, and adequate as to the Settlement Class Members. The Court reserves the right to continue the date of the Final Approval hearing without further notice to Class Members. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement Agreement.

/-/-/

/-/-/

ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT

15. All proceedings in the action are stayed until Final Approval of the Settlement.

IT IS SO ORDERED

                                                                _____
HON. SHERILYN P. GARNETT
UNITED STATES DISTRICT COURT JUDGE