UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-00572-SPG-AGR | | June 26, 2024 |
|---|---|---|---|
| Title | Maria Estrada v. Denny's Inc. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | ECRO |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Katherine J. Odenbreit – via Zoom | Julie Bachert – via Zoom<br>Shestain Swarty – via Zoom |

**Proceeding:** FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT, AWARD OF ATTORNEYS' FEES, COSTS AND REPRESENTATIVE SERVICE AWARD [58]

MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION [61]

(HELD AND COMPLETED)

The Court issues oral tentative to grant the Motion for Final Approval of Class Action and Settlement, Award of Attorneys' Fees, Costs and Representative Service Awards [58]. The Court addresses the concern regarding the amount of attorney fees. Arguments by counsel are heard. For reasons stated on the record, the Court will issue a ruling soon.

: 5

Initials of Preparer   pg